Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
*(Appearing Pro Hac Vice)*

Hardeep Sull (NV Bar No. 12108)
Email: dee@sullglobal.com
SULL AND ASSOCIATES PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 953-9500

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VARDAN GUKASIAN, an individual, <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> KRISTI NOEM, Acting Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center, <br><br> Respondents-Defendants. | Case No. 2:25-cv-01697 <br><br> **ORDER CONTINUING BRIEFING DEADLINES** <br><br> ECF No. 41 |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Stipulation for Order Continuing Briefing Deadlines **[ECF No. 41] is GRANTED**. The **Respondents-Defendants must file their surreply to Mr. Gukasian's Reply [ECF No. 36] by December 22, 2025.** Petitioner-Plaintiff has until December 22, 2025, to file a supplemental brief to the Motion for Reconsideration as directed in ECF No. 40.

Dated: 12/19/25

Honorable Jennifer A. Dorsey
United States District Judge

Presented by:

*/s/ Daniel Natal*
Daniel Natal
Attorney for
Petitioner-Plaintiff Vardan Gukasian

2