Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
*(Appearing Pro Hac Vice)*

Hardeep Sull (NV Bar No. 12108)
Email: dee@sullglobal.com
SULL AND ASSOCIATES PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 953-9500

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VARDAN GUKASIAN, an individual,<br><br>　　　　　Petitioner-Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, Acting Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center,<br><br>　　　　　Respondents-Defendants. | Case No. 2:25-cv-01697<br><br>**ORDER CONTINUING BRIEFING DEADLINES**<br><br>*ECF No. 43* |

1

For good cause shown, IT IS HEREBY ORDERED THAT:

The Second Stipulation for Order Continuing Briefing Deadlines **[43] is GRANTED. The deadline** for Respondents-Defendants to file their surreply to Mr. Gukasian's Reply in Docket Number 36 and for Petitioner-Plaintiff to file a supplemental brief to the Motion for Reconsideration as directed in Docket Number 40 **is extended to January 26, 2026.**

Dated: 12/28/25, nunc pro tunc to 12/22/25

Honorable Jennifer A. Dorsey
United States District Judge

Presented by:

*/s/ Reuven L. Cohen*
Reuven L. Cohen
Attorney for
Petitioner-Plaintiff Vardan Gukasian