Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Alyssa Bell (CA Bar No. 287751)
Email: abell@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
*(Appearing Pro Hac Vice)*

Hardeep Sull (NV Bar No. 12108)
Email: dee@sullglobal.com
SULL AND ASSOCIATES PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 953-9500

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VARDAN GUKASIAN, an individual, <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> KRISTI NOEM, Acting Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center, <br><br> Respondents-Defendants. | Case No. 2:25-cv-01697 <br><br> **ORDER CONTINUING BRIEFING DEADLINES** <br><br> *Filed concurrently with Third Stipulation to Continue Briefing Deadlines* <br><br> ECF No. 45 |

1

For good cause shown, IT IS HEREBY ORDERED THAT:

The Third Stipulation for Order Continuing Briefing Deadlines **[45] is GRANTED.**  The Respondents-Defendants shall file their sur-reply to Mr. Gukasian's Reply in Docket Number 36 by January 30, 2026. Petitioner-Plaintiff shall file a supplemental brief to the Motion for Reconsideration as directed in ECF No. 40 by January 30, 2026.

IT IS SO ORDERED.


Dated:    1/28/26
_____                    _____
                                             Honorable Jennifer A. Dorsey
                                             United States District Judge


Presented by:

*/s/ Daniel Natal*
Daniel Natal
Attorney for
Petitioner-Plaintiff Vardan Gukasian

2