TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Vardan Gukasian,<br><br>　　　　　Petitioner,<br>　　v.<br><br>Kristi Noem, *et.al.*<br><br>　　　　　Respondents. | Case No. 2:25-cv-01697-JAD-DJA<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to Petitioner Gukasian's Civil-Rights Claims per this Court's Order, ECF No. 63**<br><br>**(First Request)** |

Petitioner Vardan Gukasian ("Petitioner") and Federal Respondents Kristi Noem, Todd Lyons, Kenneth Porter, Cloyde Umali and Tyler Adams ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to Petitioner Gukasian's civil-rights claims, extending the deadline from June 1, 2026, to June 15, 2026. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

///
///
///
///
///
///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner Gukasian's civil-rights claims from June 1, 2026, to June 15, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 1st day of June 2026.

COHEN WILLIAMS LLP

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Alyssa D. Bell
Alyssa D. Bell
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
abell@cohen-williams.com
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
Attorneys for Petitioner-Plaintiff,
Vardan Gukasian

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

## ORDER

Based on the parties' stipulation and with good cause appearing, ECF No. 70 is GRANTED. **The federal respondents must file a response to the petitioner's civil-rights claims by June 15, 2026.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 2, 2026

2