Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Alyssa D. Bell (CA Bar No. 287751)
Email: abell@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
*(Appearing Pro Hac Vice)*

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VARDAN GUKASIAN, an individual,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center,<br><br>Respondents-Defendants. | Case No. 2:25-cv-01697<br><br>**STIPULATION FOR ORDER CONTINUING DEADLINE**<br><br>**(First Request)**<br><br>*Filed concurrently with [Proposed] Order* |

STIPULATION FOR ORDER CONTINUING DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between Petitioner-Plaintiff Vardan Gukasian, by and through his attorneys Reuven L. Cohen, Alyssa D. Bell, and Daniel Natal, and the above-captioned Defendants, by and through their attorneys Martin J. Mayer and Christian M. Orme, that the deadline for Mr. Gukasian to file a First Amended Complaint without leave of court or the written consent of Defendants shall be extended from July 6, 2026 to July 27, 2026.  This stipulation is based on the attached Declaration of Daniel Natal and any other evidence the Court may consider.

This is Plaintiff's first request for an extension of time to file a First Amended Complaint.  This request is made in good faith and not for the purpose of any undue delay.

IT IS SO STIPULATED.

Dated:  July 1, 2026                    Respectfully submitted,


By:      _/s/ Daniel Natal_____
            Reuven L. Cohen
            Daniel Natal
            Alyssa Bell
            Attorneys for Vardan Gukasian


By:  _/s/ Martin J. Mayer_ (with email authorization)
        Martin J. Mayer
        Attorney for Federal Defendants


By:  _/s/ Christian M. Orme_ (with email authorization)
        Christian M. Orme
        Attorney for Captain Frank D'Amico

COHEN WILLIAMS LLP

STIPULATION FOR ORDER CONTINUING DEADLINE

## **DECLARATION OF DANIEL NATAL**

I, Daniel Natal, declare as follows:

1.    I am an attorney appearing on behalf of Petitioner-Plaintiff Vardan Gukasian in connection with this matter.

2.    On May 11, 2026, the Court granted Mr. Gukasian's Motion for Reconsideration, filed at Docket Number 35.  (Dkt. No. 63.)  The Court's order revived Mr. Gukasian's civil conditions-of-confinement claims and required Defendants to file an answer by June 1, 2026.  (*Id.*)  Defendant D'Amico filed an answer by the Court's original June 1, 2026 deadline.  (Dkt. No. 71.)  However, the deadline to file an answer was later extended by stipulation to June 15, 2026.  (Dkt. No. 72.)  On June 15, 2026, Federal Defendants filed their answer to the complaint.  (Dkt. No. 74.)

3.    Federal Rule of Civil Procedure 15(a)(1) states, in pertinent part, that "[a] party may amend its pleading once as a matter of course no later than… 21 days after service of a responsive pleading[.]"  Fed. R. Civ. P. 15(a)(1)(B).  Otherwise, amendment of a complaint requires "the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Under that rule, Mr. Gukasian currently has the right to file an amended complaint without leave of court and without the written consent of Defendants up until July 6, 2026, or 21 days from June 15, 2026.

4.    On June 30, 2026, the parties held a meeting to discuss a potential settlement that would result in resolution of this matter.

5.    Counsel for both parties anticipate needing additional time to discuss and execute any possible settlement.  Any such settlement will take time to plan, draft proposed details, and obtain agency approvals.  Simultaneously, counsel anticipates that the upcoming federal holiday will result in some delays in finalizing any settlement.

6.    In light of ongoing, good-faith settlement discussions and in light of the anticipated time necessary to execute any possible settlement, the parties agree that good cause exists to extend the deadline for Mr. Gukasian to amend the complaint as of right.  Specifically, the parties believe that extending the deadline to amend the complaint as of right in this matter is in the best interests of judicial economy, will conserve the resources of all parties by preventing potentially unnecessary litigation, and is in the interests of justice.

7. On June 30, 2026, I conferred with Martin J. Mayer, counsel for Federal Defendants. Mr. Mayer indicated that he agrees to continue the deadline to amend the complaint without seeking leave of court in this case. That same day, counsel for Mr. D'Amico, Christian M. Orme, informed me that Mr. D'Amico does not object to continuing the deadline to amend the complaint as of right.

8. Given the written agreement of all parties in this matter, and given that good faith settlement discussions are ongoing, Mr. Gukasian's deadline to file a First Amended Complaint without requiring leave of court or the written consent of Defendants should be extended to July 27, 2026.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 1st day of July, 2026, at Los Angeles, California.

*/s/ Daniel Natal*
Daniel Natal

STIPULATION FOR ORDER CONTINUING DEADLINE

COHEN WILLIAMS LLP

Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Alyssa D. Bell (CA Bar No. 287751)
Email: abell@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
*(Appearing Pro Hac Vice)*

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VARDAN GUKASIAN, an individual,<br><br>          Petitioner-Plaintiff,<br><br>     v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center,<br><br>          Respondents-Defendants. | Case No. 2:25-cv-01697<br><br>**ORDER CONTINUING DEADLINE**<br><br>*Filed concurrently with Stipulation to Continue Deadline* |

1

For good cause shown, IT IS HEREBY ORDERED THAT:

The Stipulation for Order Continuing Deadline is GRANTED. The deadline for Mr. Gukasian to file an amended complaint without seeking leave of court or the written consent of Defendants is hereby extended from July 6, 2026 to July 27, 2026.

IT IS SO ORDERED.

Dated: _____7/6/2026_____

_____
Honorable Daniel J. Albregts
United States Magistrate Judge

Presented by:

/s/ Daniel Natal
Daniel Natal
Attorney for
Petitioner-Plaintiff Vardan Gukasian

2