Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Alyssa D. Bell (CA Bar No. 287751)
Email: abell@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
*(Appearing Pro Hac Vice)*

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

COHEN WILLIAMS LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VARDAN GUKASIAN, an individual,

Petitioner-Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center,

Respondents-Defendants.

Case No. 2:25-cv-01697

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

*Filed concurrently with [Proposed] Order*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner-Plaintiff Vardan Gukasian, by and through his attorneys Reuven L. Cohen, Alyssa D. Bell, and Daniel Natal, and the above-captioned Defendants, by and through their attorneys Martin J. Mayer and Christian M. Orme, hereby stipulate that Claims One, Two, and Four[1] in Mr. Gukasian's Complaint (Dkt. No. 1) be dismissed without prejudice as to all parties.

IT IS SO STIPULATED.

Dated: July 16, 2026

Respectfully submitted,

By: *_/s/ Reuven L. Cohen_*
Reuven L. Cohen
Daniel Natal
Alyssa Bell
Attorneys for Vardan Gukasian

By: *_/s/ Martin J. Mayer_* _(with email authorization)_
Martin J. Mayer
Attorney for Federal Defendants

By: *_/s/ Christian M. Orme_* _(with email authorization)_
Christian M. Orme
Attorney for Captain Frank D'Amico

[1] On May 11, 2026, the Court dismissed Claim Three—Mr. Gukasian's habeas claim alleging an unconstitutionally prolonged detention—on the merits. (Dkt. No. 64.) On May 19, 2026, Mr. Gukasian filed a notice of appeal of the Court's dismissal of that claim, and the appeal remains pending. (Dkt. No. 66.) This stipulation is not intended to impact Mr. Gukasian's pending appeal of Claim Three's dismissal, and pertains only to the other three claims in the Complaint.



COHEN WILLIAMS LLP

Reuven L. Cohen (CA Bar No. 231915)
Email: rcohen@cohen-williams.com
Alyssa D. Bell (CA Bar No. 287751)
abell@cohen-williams.com
Daniel Natal (CA Bar No. 346662)
Email: dnatal@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167
*(Appearing Pro Hac Vice)*

Attorneys for Petitioner-Plaintiff,
VARDAN GUKASIAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VARDAN GUKASIAN, an individual,

Petitioner-Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD LYONS, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; KENNETH PORTER, Assistant Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; SDDO CLOYDE UMALI, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; TYLER ADAMS, Supervisory and Detention Officer, Immigration and Customs Enforcement, Enforcement and Removal Operations, Salt Lake City Field Office, Las Vegas Sub-Office, Detained Unit; and CAPTAIN FRANK D'AMICO, Captain of Corrections, Henderson Detention Center,

Respondents-Defendants.

Case No. 2:25-cv-01697

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

*Filed concurrently with Stipulation to Dismiss Action Without Prejudice*



COHEN WILLIAMS LLP

**ORDER**

IT IS HEREBY ORDERED that, with good cause appearing, the stipulation to dismiss **[ECF No. 79] is GRANTED**. Claims One, Two, and Four in Petitioner-Plaintiff's Complaint (ECF No. 1) are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs. **The Clerk of Court is directed to CLOSE THIS CASE**.

Dated: July 20, 2026

Honorable Jennifer A. Dorsey
United States District Judge

COHEN WILLIAMS LLP